EXHIBIT "B"



# INVOICE

Invoice Number: 30130
Invoice Date: Dec 31, 2014

Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**

GEYSIR

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | MS0504-60 | | Net 30 Days | 1/30/15 |

| | | | |
|---|---|---|---|
| 1.00 | One Service Engineer and one Technician attended the vessel in Virginia on Nov 29 -Dec 2 2014 and worked on ME L28/32A: | | |
| 9.00 | Travel Time<br>Service Engineer<br>Sat., Nov 29<br>07:00 - 16:00 | 110.00 | 990.00 |
| 16.00 | Straight Time<br>Service Engineer<br>Mon.-Tues., Nov 30 - Dec 1<br>07:00 - 15:30 | 110.00 | 1,760.00 |
| 19.50 | Overtime<br>Service Engineer<br>Sun., Nov 30<br>07:00 - 21:00<br>Mon.-Tues., Dec 1-2<br>15:30 - 21:00 M<br>15:30 - 16:00 T | 165.00 | 3,217.50 |
| 5.00 | Travel Time<br>Service Engineer<br>Tues., Dec 2<br>16:00 - 21:00 | 110.00 | 550.00 |
| 11.50 | Travel Time<br>Technician<br>Sun., Nov 29 | 68.00 | 782.00 |

| | |
|---|---|
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | 5,997.84 |
| **TOTAL USD** | **Continued** |

Bank Details
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.:

Check/Credit Memo No: Multiple Payments    Overdue invoices are subject to late charges.    GSM-WF-55-01    Page: 1



# INVOICE

Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

Invoice Number: 30130
Invoice Date: Dec 31, 2014

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**

GEYSIR

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | | | Net 30 Days | 1/30/15 |

| | | | | |
|---:|---|---|---:|---:|
| | 04:30 - 16:00 | | | |
| 16.00 | Straight Time | | 68.00 | 1,088.00 |
| | Technician | | | |
| | Mon.-Tues., Nov 30 - Dec 1 | | | |
| | 07:00 - 15:30 | | | |
| 11.00 | Overtime | | 102.00 | 1,122.00 |
| | Technician | | | |
| | Sun., Nov 30 | | | |
| | 16:00 - 21:00 | | | |
| | Mon.-Tues., Dec 1-2 | | | |
| | 15:30 - 21:00 M | | | |
| | 15:30 - 16:00 T | | | |
| 6.00 | Travel Time | | 68.00 | 408.00 |
| | Technician | | | |
| | Tues., Dec 2 | | | |
| | 16:00 - 22:00 | | | |
| 8.00 | Out of Town Compensation | | 90.00 | 720.00 |
| 1.00 | Airfare | | 2,656.50 | 2,656.50 |
| 1.00 | Hotel | | 455.35 | 455.35 |
| 1.00 | Rental Car | | 276.00 | 276.00 |
| 1.00 | Excess Baggage | | 57.50 | 57.50 |
| 1.00 | Taxi | | 277.15 | 277.15 |

**Bank Details**
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.:

| | |
|---|---:|
| Subtotal | 14,360.00 |
| Total Invoice Amount | 14,360.00 |
| Payment/Credit Applied | 5,997.84 |
| **TOTAL USD** | **8,362.16** |

Check/Credit Memo No: Multiple Payments Overdue invoices are subject to late charges. GSM-WF-55-01 Page: 2



Goltens Miami

Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

# INVOICE

Invoice Number: 12398
Invoice Date: Feb 22, 2016

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**

MV GEYSIR

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | NT0367-50 | GE-2015-0229-E/2 | Net 30 Days | 3/23/16 |

| | | | | |
|---|---|---|---|---|
| 2.00 | High Pressure Pipe Complete | | 323.35 | 646.70 |
| | PN: 1-2020-01-1 | | | |
| 6.00 | O-Ring | | 0.47 | 2.82 |
| | PN: 1-1610-04-16 | | | |
| 2.00 | Packing Set Complete for Cyl. Overhaul | | 252.82 | 505.64 |
| 24.00 | Sealing Joint | | 10.15 | 243.60 |
| | PN: 1-2020-01 | | | |
| 8.00 | Sealing Ring | | 0.84 | 6.72 |
| | PN: 1-2020-01-13 | | | |
| 24.00 | Sealing Ring | | 0.47 | 11.28 |
| | PN: 1-2020-01-27 | | | |
| 12.00 | Sealing Ring | | 0.84 | 10.08 |
| | PN: 1-2020-01-16 | | | |
| 24.00 | Sealing Ring | | 0.47 | 11.28 |
| | PN: 1-1610-04-7 | | | |
| 6.00 | Sealing Ring | | 0.68 | 4.08 |
| | PN: 1-1610-04-14 | | | |
| 12.00 | Sleeve | | 8.32 | 99.84 |
| | PN: 1-1610-04-6 | | | |
| 12.00 | Spring Ring for Shaft | | 1.15 | 13.80 |
| | PN: 1-2020-01-14 | | | |
| 1.00 | Packing, Handling & Freight | | 116.45 | 116.45 |

Bank Details
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.:

| | |
|---|---|
| Subtotal | 1,672.29 |
| Total Invoice Amount | 1,672.29 |
| Payment/Credit Applied | 1,672.29 |
| **TOTAL USD** | **0.00** |

Check/Credit Memo No: WT090116-02    Overdue invoices are subject to late charges.    GSM-WF-55-01    Page: 1



# INVOICE

Invoice Number: 30692
Invoice Date: Mar 31, 2016

Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**

MV GEYSIR

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | OS0158-60 | | Net 30 Days | 4/30/16 |

| | | | |
|---:|---|---:|---:|
| | Service Engineer and two technicians to overhaul two cylinder heads onboard MV GEYSIR in Norfolk, VA | | |
| 14.50 | Travel time: Service Engineer Jose V. | 120.00 | 1,740.00 |
| | 3/2: 07:30-14:00 | | |
| | 3/7: 14:00-22:00 | | |
| 24.50 | Straight time: Service Engineer Jose V. | 120.00 | 2,940.00 |
| | 3/2: 14:00-16:00 | | |
| | 3/3: 07:00-15:30 | | |
| | 3/4: 07:00-15:30 | | |
| | 3/7: 07:00-14:00 | | |
| 35.00 | Overtime: Service Engineer Jose V. | 180.00 | 6,300.00 |
| | 3/2: 16:00-19:30 | | |
| | 3/3: 15:30-19:30 | | |
| | 3/4: 15:30-19:30 | | |
| | 3/5: 07:00-19:30 | | |
| | 3/6: 07:00-19:30 | | |
| 6.00 | Out of town compensation: Service Engineer Jose V. | 90.00 | 540.00 |
| | March 2 to March 7 | | |
| 14.50 | Travel time: Technician Domingo Pozo | 72.00 | 1,044.00 |
| | 3/2: 07:30-14:00 | | |
| | 3/7: 14:00-22:00 | | |
| 6.50 | Travel time: Technician Luis Almeida | 72.00 | 468.00 |
| | 03/02: 07:30-14:00 | | |

Bank Details
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.:

| | |
|---|---:|
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | 31,526.73 |
| **TOTAL USD** | Continued |

Check/Credit Memo No: WT090116-02  Overdue invoices are subject to late charges.  GSM-WF-55-01  Page: 1



Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

# INVOICE

Invoice Number: 30692
Invoice Date: Mar 31, 2016

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**

MV GEYSIR

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | OS0158-60 | | Net 30 Days | 4/30/16 |

| | | | | |
|---|---|---|---|---|
| 8.00 | Travel time Technician Stephan Milanovich | | 72.00 | 576.00 |
| | 3/7: 14:00-22:00 | | | |
| 24.50 | Straight time: Technician Domingo Pozo | | 72.00 | 1,764.00 |
| | 3/2: 14:00-16:00 | | | |
| | 3/3: 07:00-15:30 | | | |
| | 3/4: 13:00-16:00 | | | |
| | 3/7: 07:00-14:00 | | | |
| 10.00 | Straight time: Technician Luis Almeida | | 72.00 | 720.00 |
| | 3/2: 14:00-16:00 | | | |
| | 3/3: 07:00-15:30 | | | |
| 9.50 | Straight time: Technician Stephan Milanovich | | 72.00 | 684.00 |
| | 3/4: 13:00-16:00 | | | |
| | 3/7: 07:00-14:00 | | | |
| 35.00 | Overtime: Technician Domingo Pozo | | 108.00 | 3,780.00 |
| | 3/2: 16:00-19:30 | | | |
| | 3/3: 15:30-19:30 | | | |
| | 3/4: 15:30-19:30 | | | |
| | 3/5: 07:00-19:30 | | | |
| | 3/6: 07:00-19:30 | | | |
| 7.00 | Overtime: Technician Luis Almeida | | 108.00 | 756.00 |
| | 3/2: 16:00-19:30 | | | |
| | 3/3: 15:30-19:30 | | | |
| 27.00 | Overtime: Technician Stephan Milanovich | | 108.00 | 2,916.00 |
| | 3/4: 16:00-19:30 | | | |

**Bank Details**
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.:

| | |
|---|---|
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | 31,526.73 |
| **TOTAL USD** | Continued |

Check/Credit Memo No: WT090116-02   Overdue invoices are subject to late charges.   GSM-WF-55-01   Page: 2



# INVOICE

Invoice Number: 30692
Invoice Date: Mar 31, 2016

Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

**Bill To:**
Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**
MV GEYSIR

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | | | Net 30 Days | 4/30/16 |

| | | | | |
|---|---|---|---|---|
| | 3/5: 07:00-19:30 | | | |
| | 3/6: 07:00-19:30 | | | |
| 6.00 | Out of town compensation: Technician Domingo Pozo | | 90.00 | 540.00 |
| | March 2- March 7 | | | |
| | 6 days X 90.00 | | | |
| 2.00 | Out of town Compensation: Technician Luis Almeida | | 90.00 | 180.00 |
| | March 2-3 | | | |
| | 2 X 90.00 | | | |
| 4.00 | Out of town compensation: Technician Stephan Milanovich | | 90.00 | 360.00 |
| | March 4-7 | | | |
| | 4 X 90.00 | | | |
| 1.00 | Airfare | | 2,817.04 | 2,817.04 |
| 1.00 | Car Rental | | 465.00 | 465.00 |
| 1.00 | Hotel | | 2,497.39 | 2,497.39 |
| 1.00 | Transportation to and from Airport | | 439.30 | 439.30 |

**Bank Details**
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. · Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.:

Check/Credit Memo No: WT090116-02   Overdue invoices are subject to late charges.

| | |
|---|---|
| Subtotal | 31,526.73 |
| Total Invoice Amount | 31,526.73 |
| Payment/Credit Applied | 31,526.73 |
| **TOTAL USD** | **0.00** |

GSM-WF-55-01   Page: 3



# INVOICE

Invoice Number: 12487
Invoice Date: Apr 28, 2016

Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**

M/V Transatlantic
Keppel Ship Yard
55, Gul Road
629353
Singapore

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | OT0233-50 | TA-2016-1041 | Net 30 Days | 5/28/16 |

| Qty | Description | Unit Price | Amount |
|---|---|---|---|
| 1.00 | Cylinder Liner p/n 100110 | 2,990.22 | 2,990.22 |
| 2.00 | O-Rings p/n 100111 | 18.08 | 36.16 |
| 2.00 | O-Rings p/n 100109 | 18.08 | 36.16 |

Bank Details
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.:

| | |
|---|---|
| Subtotal | 3,062.54 |
| Total Invoice Amount | 3,062.54 |
| Payment/Credit Applied | 3,062.54 |
| **TOTAL USD** | 0.00 |

Check/Credit Memo No:  Multiple Payments Received  Overdue invoices are subject to late charges.  GSM-WF-55-01  Page: 1



# INVOICE

Invoice Number: 12498
Invoice Date: Apr 30, 2016

Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**

M/V Transatlantic
c/o Keppel Shipyard
55, Gul Road
Singapore 629353

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | OT0260-50 | TA.2016-0105 | Net 30 Days | 5/30/16 |

| Qty | Description | | Unit Price | Amount |
|---|---|---|---|---|
| 24.00 | Main Engine Filters | | 28.00 | 672.00 |
| 1.00 | Expedited Freight to Keppel Shipyard | | 54.12 | 54.12 |

| | |
|---|---|
| Subtotal | 726.12 |
| Total Invoice Amount | 726.12 |
| Payment/Credit Applied | 726.12 |
| **TOTAL USD** | 0.00 |

Bank Details
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.:

Check/Credit Memo No: WT110816-01    Overdue invoices are subject to late charges.    GSM-WF-55-01    Page: 1



Goltens
Miami

Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

# INVOICE

Invoice Number: 30840
Invoice Date: May 31, 2016

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT  06830
USA

**Ship to:**

MV GEYSIR

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | OS0287-40 | | Net 30 Days | 6/30/16 |

| | | | | |
|---|---|---|---|---|
| 4.00 | Honing of 4 pcs of Cylinder Liner | | 750.00 | 3,000.00 |
| 2.00 | Inpection on 2pcs of piston | | 125.00 | 250.00 |
| 1.00 | 3% Environmental Fee | | 97.50 | 97.50 |
| 1.00 | Freight to Norfolk | | 546.83 | 546.83 |

**Bank Details**
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.:

| | |
|---|---|
| Subtotal | 3,894.33 |
| Total Invoice Amount | 3,894.33 |
| Payment/Credit Applied | 3,347.24 |
| **TOTAL USD** | **547.09** |

Check/Credit Memo No:  WT110816-01   Overdue invoices are subject to late charges.   GSM-WF-55-01   Page: 1



# INVOICE

Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

Invoice Number: 30809
Invoice Date: May 31, 2016

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**

MV GEYSIR

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | OS0289-60 | | Net 30 Days | 6/30/16 |

| | | | |
|---|---|---|---|
| | One Service Engineer & 2 Technicians to Overhaul One Cylinder on ME type MAN B&W 8L28/32A, and to inspect fly wheel area. | | |
| 18.00 | Travel time: Service Engineer Jose Verde | 120.00 | 2,160.00 |
| | 5/10: 18:00-24:00 | | |
| | 5/11: 00:00-02:00 | | |
| | 5/14: 14:00-24:00 | | |
| 24.00 | Straight time: Service Engineer Jose Verde | 120.00 | 2,880.00 |
| | 5/11: 07:00-15:30 | | |
| | 5/12: 07:00-15:30 | | |
| | 513: 07:00-15:30 | | |
| 19.00 | Overtime: Service Engineer Jose Verde | 180.00 | 3,420.00 |
| | 5/11: 15:30-19:30 | | |
| | 5/12: 15:30-19:30 | | |
| | 5/13: 15:30-19:30 | | |
| | 5/14: 07:00-14:00 | | |
| 5.00 | Out of town Compensation: Service Engineer Jose Verde | 90.00 | 450.00 |
| | May 10-14 | | |
| 36.00 | Travel time: Technicians Luis A., Lazaro L., | 72.00 | 2,592.00 |
| | 5/10: 18:00-24:00 | | |
| | 5/11: 00:00-02:00 | | |
| | 5/14: 14:00-24:00 | | |
| 48.00 | Straight time: Technicians Luis A., Lazaro L., | 72.00 | 3,456.00 |
| | 5/11: 07:00-15:30 | | |
| | 5/12: 07:00-15:30 | | |

**Bank Details**
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.

| | |
|---|---|
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | 26,099.38 |
| **TOTAL USD** | **Continued** |

Check/Credit Memo No: WT110816-01    Overdue invoices are subject to late charges.    GSM-WF-55-01    Page: 1



**Goltens** Miami

Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

# INVOICE

Invoice Number: 30809
Invoice Date: May 31, 2016

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**

MV GEYSIR

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | | | Net 30 Days | 6/30/16 |

| | | | | |
|---|---|---|---|---|
| | 513: 07:00-15:30 | | | |
| 38.00 | Overtime: Technicians Luis A., Lazaro L., | | 108.00 | 4,104.00 |
| 10.00 | Out of town Compensation: Technician Luis A., Lazaro L., | | 90.00 | 900.00 |
| | May 10-14 (5 days each) | | | |
| 1.00 | Airfare | | 2,776.22 | 2,776.22 |
| 1.00 | Car Rental | | 448.49 | 448.49 |
| 1.00 | Transportation to and from airport | | 415.15 | 415.15 |
| 1.00 | Hotel | | 2,497.52 | 2,497.52 |

**Bank Details**
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.: ██████████  Bank ABA Number: ████████

| | |
|---|---|
| Subtotal | 26,099.38 |
| Total Invoice Amount | 26,099.38 |
| Payment/Credit Applied | 26,099.38 |
| **TOTAL USD** | **0.00** |

Check/Credit Memo No: WT110816-01    Overdue invoices are subject to late charges.    GSM-WF-55-01    Page: 2



# INVOICE

Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

Invoice Number: 12551
Invoice Date: Jun 22, 2016

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**

P.I.C -Jeanette Smith
C/O M/V GEYSIR
2377 Ferry Rd
Virginia Beach, VA 23455
USA

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | OT0316-50 | GE-2016-0132-E | Net 30 Days | 7/22/16 |

| Qty | Item | | Price | Amount |
|---|---|---|---|---|
| 1.00 | 11610-04-A1 | | 1,678.57 | 1,678.57 |
| | -CYLINDER LINER (LLOYDS CLASS - GERMANY) | | | |
| 6.00 | 11610-04-09 SLEEVE | | 17.26 | 103.57 |
| 16.00 | 11610-04-06 | | 21.91 | 350.48 |
| | -COOLING WATER CONNECTION | | | |
| 32.00 | 11610-04-07 -O-RING VITON | | 0.54 | 17.14 |
| 8.00 | 11610-04-A3 -O-RING VITON | | 13.69 | 109.52 |
| 4.00 | 11610-04-03 -PLUG | | 14.58 | 58.33 |
| 6.00 | 11610-04-04 -GASKET | | 2.62 | 15.71 |
| 1.00 | 11610-04-01 | | 510.71 | 510.71 |
| | -WATER GUIDE JACKET | | | |
| 6.00 | 11414-03-09 | | 31.91 | 191.43 |
| | -WASHER FOR SPRING | | | |
| 1.00 | Packing and handling, Air Freight to Norfolk | | 691.23 | 691.23 |
| 1.00 | Duties, Customs Clearance, LTL Delivery. | | 620.07 | 620.07 |
| | 1 Case | | | |
| | Gross weight: 197 kg | | | |
| | Dimensions: 120x80x55 cm | | | |

Bank Details
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.:

| | | |
|---|---|---|
| Subtotal | | 4,346.76 |
| Total Invoice Amount | | 4,346.76 |
| Payment/Credit Applied | | |
| **TOTAL USD** | | **4,346.76** |

Check/Credit Memo No:    Overdue invoices are subject to late charges.    GSM-WF-55-01    Page: 1



# INVOICE

Invoice Number: 30870
Invoice Date: Jun 30, 2016

Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | OS0329-60 | | Net 30 Days | 7/30/16 |

| | | | | |
|---:|---|---|---:|---:|
| 1.00 | MAIN ENGINE OVERHAUL UNIT NO. 5: MAN 8L28/32A | | | |
| 1.00 | One Service Engineer and two Technicians attended the vessel in Norfolk, | | | |
| | VA on Wed., June 22 - Sun., June 26 2016: | | | |
| 1.00 | Service Engineer - J Verde | | | |
| 24.50 | Travel Time | | 120.00 | 2,940.00 |
| | Wed., June 22 | | | |
| | 07:30 - 24:00 | | | |
| | Sun., June 26 | | | |
| | 04:00 - 12:00 | | | |
| 16.00 | Straight Time | | 120.00 | 1,920.00 |
| 20.00 | Overtime | | 180.00 | 3,600.00 |
| 5.00 | Out of Town Compensation | | 90.00 | 450.00 |
| 1.00 | Technician - V Estrada | | | |
| 24.50 | Travel Time | | 72.00 | 1,764.00 |
| | Wed., June 22 | | | |
| | 07:30 - 24:00 | | | |
| | Sun., June 26 | | | |
| | 04:00 - 12:00 | | | |
| 16.00 | Straight Time | | 72.00 | 1,152.00 |
| 20.00 | Overtime | | 108.00 | 2,160.00 |
| 5.00 | Out of Town Compensation | | 90.00 | 450.00 |
| 1.00 | Technician - L Almeida | | | |
| 15.50 | Travel Time | | 72.00 | 1,116.00 |
| | Wed., June 22 | | | |

Bank Details
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.:

Check/Credit Memo No:    Overdue invoices are subject to late charges.

| | |
|---|---|
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL USD** | **Continued** |

GSM-WF-55-01  Page: 1



# INVOICE

Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

Invoice Number: 30870
Invoice Date: Jun 30, 2016

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | | | Net 30 Days | 7/30/16 |

| | | | | |
|---:|---|---|---:|---:|
| | 12:00 - 19:30 | | | |
| | Sun., June 26 | | | |
| | 04:00 - 12:00 | | | |
| 16.00 | Straight Time | | 72.00 | 1,152.00 |
| 20.00 | Overtime | | 108.00 | 2,160.00 |
| 5.00 | Out of Town Compensation | | 90.00 | 450.00 |
| 1.00 | Airfare | | 3,048.20 | 3,048.20 |
| 1.00 | Hotel | | 2,923.00 | 2,923.00 |
| 1.00 | Rental Car | | 358.00 | 358.00 |
| 1.00 | Taxi | | 430.10 | 430.10 |

Bank Details
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.:

| | |
|---|---:|
| Subtotal | 26,073.30 |
| Total Invoice Amount | 26,073.30 |
| Payment/Credit Applied | |
| **TOTAL USD** | **26,073.30** |

Check/Credit Memo No:     Overdue invoices are subject to late charges.     GSM-WF-55-01   Page: 2



# INVOICE

Invoice Number: 30876
Invoice Date: Jun 30, 2016

Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**

MV GEYSIR

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | OS0341-40 | | Net 30 Days | 7/30/16 |

| Qty | Description | Price | Amount |
|---|---|---|---|
| 1.00 | HONING OF ONE (1) CYLINDER LINER | 750.00 | 750.00 |
| 1.00 | FREIGHT CHARGES | 350.75 | 350.75 |
| 1.00 | 3% Environmental Fee | 22.50 | 22.50 |

**Bank Details**
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.:

Check/Credit Memo No: Overdue invoices are subject to late charges.

| | |
|---|---|
| Subtotal | 1,123.25 |
| Total Invoice Amount | 1,123.25 |
| Payment/Credit Applied | |
| **TOTAL USD** | **1,123.25** |

GSM-WF-55-01  Page: 1



Golten Service Co., Inc.
2323 N.E. Miami Court
Miami, Florida 33137
Telephone: 305.576.4410
Fax: 305.576.3827
miami@goltens.com

# INVOICE

Invoice Number: 12581
Invoice Date: Jun 30, 2016

**Bill To:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Greenwich, CT 06830
USA

**Ship to:**

Transatlantic Lines - LLC - Greenwich
6 Lincoln Avenue
Vessel: MV Geysir
Greenwich, CT 06830
USA

| Customer ID | Work Order No. | Purchase Order No. | Payment Terms | Due Date |
|---|---|---|---|---|
| TRA-013 | OT0302-50 | 2016-1022 | Net 30 Days | 8/29/16 |

| | | | |
|---|---|---|---|
| 2.00 | HP Hose 1,0M | 563.38 | 1,126.76 |

Bank Details
Golten Service Co., Inc.
Regions Bank
2800 Ponce De Leon Blvd. * Coral Gables, FL 33134 / Tel: 305-774-5080
Account No.:

| | |
|---|---|
| Subtotal | 1,126.76 |
| Total Invoice Amount | 1,126.76 |
| Payment/Credit Applied | |
| **TOTAL USD** | **1,126.76** |

Check/Credit Memo No:     Overdue invoices are subject to late charges.     GSM-WF-55-01     Page: 1