IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

"IN ADMIRALTY"

CASE NO. 3:17-cv-840-J-32JBT

ERKAL ULUSLARARASI NAKLIYAT ye TIC.
A.S. d/b/a TUZLA SHIPYARD,

    Plaintiff

vs.

TRANSATLANTIC LINES, LLC, *in personam,* and
the M/V "GEYSIR", a 90 meter cargo ship flagged in
USA, IMO No. 7710733, her engines, equipment,
tackle, gear, apparel, etc., *in rem*

    Defendants.

_____

ENDOFA LLC

    Intervening Plaintiff,

vs.

M/V GEYSIR, IMO No. 7710733, her engines,
equipment, tackle, gear, apparel, *etc., in rem,* and
TRANSATLANTIC LINES, LLC, *in personam*

    Defendants.

_____/

MARINE ENGINEERS' BENEFICIAL ASSOCIATION,
ANGELO CRUDO, GARY SCHLOTTERER, ZACHERY
BRADLEY, ARTURO GARCIA, WILSON BLAYLOCK
RICHARD COMBS and PETER MACHON

    Intervening Plaintiffs,

vs.

M/V GEYSIR, IMO No. 7710733, her engines,
equipment, tackle, gear, apparel, *etc., in rem,* and
TRANSATLANTIC LINES, LLC, *in personam*

    Defendants.

# VERIFIED SEAMEN'S COMPLAINT IN INTERVENTION UNDER SPECIAL RULE WAIVING PREPAYMENT OF FEES FOR SEAMEN

NOW COMES, intervening plaintiffs, MARINE ENGINEER'S BENEFICIAL ASSOCIATION ("MEBA"), ANGELO CRUDO, GARY SCHLOTTERER, ZACHERY BRADLEY, ARTURO GARCIA, WILSON BLAYLOCK, RICHARD COMBS and PETER MACHON , through undersigned counsel, and files this Verified Complaint in Intervention against defendant, the M/V GEYSIR, IMO No. 7710733, her engines, equipment, tackle, gear, apparel, etc., ("GEYSIR"), *in rem,* for damages and maritime arrest, and defendant, TransAtlantic Lines, LLC, *in personam,* for damages.

## Jurisdiction and Venue

1. This is an admiralty and maritime claim within this Court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333, Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and Fed. R. Civ. 9(h).

2. Venue is proper in this District in accordance with Admiralty Rules C as the MV GEYSIR is within the physical jurisdiction of this Court and that TransAtlantic Lines, L.L.C, systematically does business within this jurisdiction.

3. Plaintiff, MEBA, is a union that has been certified by the National Labor Relations Board as the representative of officers aboard the MV GEYSIR, and brings this action to collect wages on behalf of current and former members of the MV GEYSIR who are officers represented by the MEBA.

4. The other named plaintiffs are all current or former members of the MV GEYSIR who have not been paid their wages since July 1, 2017. Except for Plaintiff Crudo who was not paid from May 15, 2017 to June 25, 2017. All Plaintiffs, those individually named and those represented by MEBA, shall hereinafter be referred to as "Seamen Plaintiffs".

5. MV GEYSIR, was and is a cargo ship, sailing under the flag of the United States.

6. TransAtlantic Lines, L.L.C ("TAL") is the operator and owner *pro hac vice* of MV

GEYSIR.

7. TAL is a Delaware corporation with its principal place of business in Greenwich, CT and regularly does business in Florida

8. The Defendants have not paid the wages of the seamen and crew of the MV GEYSIR since July 1, 2017, except for Plaintiff Crudo who was not paid from May 15, 2017 to June 25, 2017.

9. 46 U.S.C § 10313(f) mandates that the shipowner pay seamen the balance of their wages within 4 days of discharge.

10. MV GEYSIR terminated their foreign articles upon arrival in Jacksonville on July 31, 2017, the ship was coming from Europe.

11. The termination of the foreign articles constituted the discharge of the seamen aboard the MV GEYSIR and they were entitled to the balance of their wages 4 days later.

12. There was no justified or sufficient cause for defendants not paying the Seamen Plaintiffs' wages in accordance with the time frame required under 46 U.S.C § 10313(f).

13. Seamen Plaintiffs have made demand for payment to no avail.

14. 46 U.S.C § 10313(g) and 46 U.S.C. § 10504(b) provide a penalty of 2 days wages for every day the wages are delayed.

15. Seamen Plaintiffs are entitled to wages from date owed to date paid, plus penalty wages of 2 days wages for every day the wages were delayed.

16. Seamen Plaintiffs have preferred maritime liens against the MV GEYSIR for wages owed them.

17. Seamen Plaintiffs have valid maritime liens against the MV GEYSIR for penalties owed due to delay in payment of their wages.

18. The MV GEYSIR is currently within this jurisdiction and has been attached, arrested in this pending civil case and is in the custody of a substitute custodian.

.

**WHEREFORE,** Seaman Plaintiffs pray:

1. That this Verified Complaint be deemed good and sufficient;

2. That process in due form of law, according to the rules and practices of this Honorable Court, issue against the MV GEYSIR, her engines, tackle, apparel, furniture, equipment, and all other necessaries, *in rem,* by way of arrest pursuant to Supplemental Admiralty Rule C, and that all persons claiming interest in said vessel be required to appear and to answer under oath, all and singular the matters aforesaid;

3. That the MV GEYSIR, her engines, tackle, apparel, furniture, and equipment be condemned and sold at judicial auctions and that the proceeds be used to satisfy Seamen Plaintiff's judgment.

4. That judgment be entered in favor of Seamen Plaintiffs for wages owed and delay payment penalties, together with costs, attorneys' fees and pre-and post judgment interest.

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

RESPECTFULLY SUBMITTED,

_____
JACOB SHISHA, ESQUIRE
New York Bar No.:
TABAK, MELLUSI & SHISHA, LLP
29 Broadway
New York, New York 10006
Telephone: 212-962-1590

Facsimile: 212-385-0920
jshisha@sealawyers.com
Trial Counsel

AND

DWAYNE L. CLARK, ESQUIRE
Florida Bar No.: 708410
KRISTEN Z. WATSON, ESQUIRE
Florida Bar No.: 0096131
CLARK & WATSON, PA.
1930 Perry Place
Jacksonville, FL  32207
Telephone: 904-346-1400
Facsimile: 904-346-3985
dwayne@lawboat.com
kristen@lawboat.com
Trial Counsel