
**NATIONAL MARITIME SERVICES**

1560 Sawgrass Corporate Parkway, 4th Floor

Ft. Lauderdale, FL  33323

(954) 990-1290

SUMMARY OF CHARGES

BILL TO:

| Endofa LLC | FL MIDDLE 3:17-cv-00840-TJC-JBT |
|---|---|
| c/o King Krebs & Jurgens | MV GEYSIR |
| 201 St. Charles Avenue, 45th Floor | CUSTODY DATES: 8/9/17 - 8/14/17 |
| New Orleans, LA  70170 | ASSIGNMENT 71098 |

| Date | Description | EST | Units | Unit cost | Amount | Handling Fees | Total |
|---|---|---|---|---|---|---|---|
| 8/9/2017 | Mobilization and coordination | | 1 | 1,950.00 | 1,950.00 | | 1,950.00 |
| 8/9/2017 | Travel | x | 1 | 50.00 | 50.00 | 7.50 | 57.50 |
| 8/9/2017 | Custodians liability insurance (monthly) | | 1 | 590.00 | 590.00 | | 590.00 |
| 8/9/17 - 8/14/17 | Custody fee | | 6 | 200.00 | 1,200.00 | | 1,200.00 |
| 8/9/17 - 8/14/17 | Watchman | | 6 | 425.00 | 2,550.00 | | 2,550.00 |
| 8/9/17 - 8/14/17 | Crew liability (12 persons including watchman) | | 6 | 200.04 | 1,200.24 | | 1,200.24 |
| 8/9/17 - 8/14/17 | Berthing | | 6 | 2,664.00 | 15,984.00 | 2,397.60 | 18,381.60 |
| 8/9/17 - 8/14/17 | Shipyard security | | 6 | 300.00 | 1,800.00 | 270.00 | 2,070.00 |
| **TOTAL CHARGES** | | | | | | | **27,999.34** |

Other facilities-related charges are in negotiation with North Florida Shipyards

Does not include crew payroll TBD

EXHIBIT B

Revised 8/15/2017