# Invoice

**GEYSIR**

*and/or Agents and/or Owners and/or Operators and/or Managers and/or*

**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT United States

**Invoice ID**: sca-0010126
**Case ID**: 007094
**Invoice Date**: 16 Jan 2017
**Page**: Page 1 of 1
**Our reference**: Helle Thorup Buttler
**Account No.**: 293469
**Due date**: 15 Feb 2017

**Customer requisition**: ADDITIONAL MEALS 2016_12
**Customer reference**:

**Delivery date**: 1 Jan 2017

| Line | ISSA/IMPA | Invoice quantity | Unit | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 1.00 | | 31.00 | . | ADDITIONAL MEALS CONSUMED: BREAKFAST | 3.75 | 116.25 |
| 2.00 | | 31.00 | . | ADDITIONAL MEALS CONSUMED: LUNCH | 6.00 | 186.00 |
| 3.00 | | 31.00 | . | ADDITIONAL MEALS CONSUMED: DINNER | 5.25 | 162.75 |

**Subtotal** 465.00
**Invoice amount USD** 465.00

**TERMS AND CONDITIONS OF SALE**- All and any quotes, offers, agreements and deliveries of provision, stores and/or any other goods or services of any kind by Garrets International A/S are governed by the General Terms and Conditions of Sales of Garrets International A/S in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the Terms and Conditions applying to any transaction.

Garrets International A/S  I  Stigsborgvej 60, DK-9400 Noerresundby  I  Tel.: +45 7219 0091  I  Fax: +45 9864 8405  I  E-mail: financeDK@Garrets.com
VAT No.: DK10134188  I  Nordea Bank:  I  IBAN:  I  SWIFT:

EXHIBIT 2

Vessel owner: Transatlantic Lines

**Manning: DECEMBER 2016**

Vessel No: 7710733  
Vessel Name: Geysir  
Captain: Yuri Maghrabi  
Chief Steward: George Maerki

Status: **Sent**

Comments:

| | |
|---|---|
| Breakfast | 372 |
| Lunch | 372 |
| Dinner | 372 |
| | 341 |

| Date | Breakfast | | | | Lunch | | | | Dinner | | | | Required company name of visitors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Crew & Off. | Wife & Relative | Service- & Rep. | Passen-gers | Crew & Off. | Wife & Relative | Service- & Rep. | Passen-gers | Crew & Off. | Wife & Relative | Service- & Rep. | Passen-gers | |
| 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 2 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 3 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 4 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 5 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 6 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 7 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 8 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 9 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 10 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 11 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 12 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 13 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 14 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 15 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 16 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 17 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 18 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 19 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 20 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 21 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 22 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 23 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 24 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 25 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 26 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 27 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 28 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 29 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 30 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| 31 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | 11 | 0 | 0 | 1 | TAL |
| Total | 341 | 0 | 0 | 31 | 341 | 0 | 0 | 31 | 341 | 0 | 0 | 31 | |

EXHIBIT 2

# Invoice

**GEYSIR**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT United States

**Invoice ID**: sca-0009745
**Case ID**: 008235
**Invoice Date**: 2 Jan 2017
**Page**: Page 1 of 1
**Our reference**: Jazmine Claire Avena
**Account No.**: 293469
**Due date**: 3 Feb 2017

**Customer requisition**: MONTHLY RATE 2017_01
**Customer reference**:

**Delivery date**: 2 Jan 2017

| Line | ISSA/IMPA | Invoice quantity | Unit | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 1.00 | | 341.00 | . | MONTHLY RATE (PROVISION) | 15.00 | 5,115.00 |

| | | |
|---|---|---|
| | **Subtotal** | 5,115.00 |
| | **Invoice amount USD** | 5,115.00 |

**TERMS AND CONDITIONS OF SALE** - All and any quotes, offers, agreements and deliveries of provision, stores and/or any other goods or services of any kind by Garrets International A/S are governed by the General Terms and Conditions of Sales of Garrets International A/S in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the Terms and Conditions applying to any transaction.

Garrets International A/S I Stigsborgvej 60, DK-9400 Noerresundby I Tel.: +45 7219 0091 I Fax: +45 9864 8405 I E-mail: financeDK@Garrets.com
VAT No.: DK10134188 I Nordea Bank: I IBAN: I SWIFT:

EXHIBIT 3

# Invoice

**GEYSIR**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT United States

**Invoice ID**: sca-0010831
**Case ID**: 009874
**Invoice Date**: 02 Feb 2017
**Page**: Page 1 of 1
**Our reference**: Jazmine Claire Avena
**Account No.**: 293469
**Due date**: 04 Mar 2017

**Customer requisition**: MONTHLY RATE 2017_02
**Customer reference**:

**Delivery date**: 2 Feb 2017

| Line | ISSA/IMPA | Invoice quantity | Unit | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 1.00 | | 308.00 | . | MONTHLY RATE (PROVISION) | 15.00 | 4,620.00 |
| | | | | **Subtotal** | | 4,620.00 |
| | | | | **Invoice amount USD** | | 4,620.00 |

**TERMS AND CONDITIONS OF SALE** - All and any quotes, offers, agreements and deliveries of provision, stores and/or any other goods or services of any kind by Garrets International A/S are governed by the General Terms and Conditions of Sales of Garrets International A/S in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the Terms and Conditions applying to any transaction.

EXHIBIT 4

# Invoice

**GEYSIR**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**Invoice ID**: sca-0011959
**Case ID**: 010517
**Invoice Date**: 02 Mar 2017
**Page**: Page 1 of 1
**Our reference**: Jazmine Claire Avena
**Account No.**: 293469
**Due date**: 01 Apr 2017

**Customer requisition**: MONTHLY RATE 2017_03
**Customer reference**:

**Delivery date**: 2 Mar 2017

| Line | ISSA/IMPA | Invoice quantity | Unit | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 1.00 | | 341.00 | . | MONTHLY RATE (PROVISION) | 15.00 | 5,115.00 |

| | | |
|---|---|---|
| | Subtotal | 5,115.00 |
| | Invoice amount USD | 5,115.00 |

**TERMS AND CONDITIONS OF SALE**- All and any quotes, offers, agreements and deliveries of provision, stores and/or any other goods or services of any kind by Garrets International A/S are governed by the General Terms and Conditions of Sales of Garrets International A/S in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the Terms and Conditions applying to any transaction.

Garrets International A/S  I  Stigsborgvej 60, DK-9400 Noerresundby  I  Tel.: +45 7219 0091  I  Fax: +45 9864 8405  I  E-mail: financeDK@Garrets.com
VAT No.: DK10134188  I  Nordea Bank:  I  IBAN:  I  SWIFT:

EXHIBIT 5

# Invoice

**GEYSIR**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*

**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**Invoice ID**: sca-0013311
**Case ID**: 011210
**Invoice Date**: 02 Apr 2017
**Page**: Page 1 of 1
**Our reference**: Jazmine Claire Avena
**Account No.**: 293469
**Due date**: 02 May 2017

**Customer requisition**: MONTHLY RATE 2017_04
**Customer reference**:

**Delivery date**: 2 Apr 2017

| Line | ISSA/IMPA | Invoice quantity | Unit | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 1.00 | | 330.00 | . | MONTHLY RATE (PROVISION) | 15.00 | 4,950.00 |

| | |
|---|---|
| **Subtotal** | 4,950.00 |
| **Invoice amount USD** | 4,950.00 |

**TERMS AND CONDITIONS OF SALE**- All and any quotes, offers, agreements and deliveries of provision, stores and/or any other goods or services of any kind by Garrets International A/S are governed by the General Terms and Conditions of Sales of Garrets International A/S in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the Terms and Conditions applying to any transaction.



Certificate No. 10004675

Garrets International A/S  I  Stigsborgvej 60, DK-9400 Noerresundby  I  Tel.: +45 7219 0091  I  Fax: +45 9864 8405  I  E-mail: financeDK@Garrets.com
VAT No.: DK10134188  I  Nordea Bank:          I  IBAN:          I  SWIFT:

EXHIBIT 6