# Invoice

**GEYSIR**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**Invoice ID**: sca-0014774
**Case ID**: 012267
**Invoice Date**: 02 May 2017
**Page**: Page 1 of 1
**Our reference**: Rochelle Rebuya
**Account No.**: 293469
**Due date**: 01 Jun 2017

**Customer requisition**:
**Customer reference**: MONTHLY RATE 2017_05

**Delivery date**: 2 May 2017

| Line | ISSA/IMPA | Invoice quantity | Unit | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 1.00 | | 341.00 | . | MONTHLY RATE (PROVISION) | 15.00 | 5,115.00 |

| | |
|---|---|
| **Subtotal** | 5,115.00 |
| **Invoice amount USD** | 5,115.00 |

**TERMS AND CONDITIONS OF SALE** - All and any quotes, offers, agreements and deliveries of provision, stores and/or any other goods or services of any kind by Garrets International A/S are governed by the General Terms and Conditions of Sales of Garrets International A/S in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the Terms and Conditions applying to any transaction.



Certificate No. 10004675

Garrets International A/S  I  Stigsborgvej 60, DK-9400 Noerresundby  I  Tel.: +45 7219 0091  I  Fax: +45 9864 8405  I  E-mail: financeDK@Garrets.com
VAT No.: DK10134188  I  Nordea Bank:  I  IBAN:  I  SWIFT:

EXHIBIT 7