# Invoice



**GEYSIR**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**Invoice ID**: sca-0016770
**Case ID**: 006405
**Invoice Date**: 13 Jun 2017
**Page**: Page 1 of 1
**Our reference**: Katie Mintram
**Account No.**: 293469
**Due date**: 13 Jul 2017

**Customer requisition**:
**Customer reference**: Stores

**Delivery date**: 27 Nov 2016

| Line | ISSA/IMPA | Invoice quantity | Unit | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 1.00 |  | 15.00 | LTR | AMONIA | 0.70 | 10.48 |
| 2.00 |  | 5.00 | PCS | BOUNTY PAPER TOWELS | 11.56 | 57.81 |
| 3.00 |  | 12.00 | CAN | BRASSO | 3.41 | 40.91 |
| 4.00 |  | 10.00 | CTN | CONTRACTOR TRASH BAGS | 2.60 | 26.05 |
| 5.00 |  | 10.00 | PCK | DISPOSABLE NITRILE GLOVES | 12.19 | 121.87 |
| 6.00 |  | 12.00 | LTR | FABULOSO | 0.80 | 9.66 |
| 7.00 |  | 16.00 | PCS | FEBREZE SPRAY | 1.08 | 17.28 |
| 8.00 |  | 20.00 | LTR | FLOOR WAX | 4.30 | 85.97 |
| 9.00 |  | 12.00 | LTR | FORMULA 409 | 2.16 | 25.92 |
| 10.00 |  | 12.00 | CAN | LYSOL SPRYA | 0.00 | 0.00 |
| 11.00 |  | 12.00 | CAN | NEVER DULL | 3.21 | 38.50 |
| 12.00 |  | 25.00 | BCK | RAGS | 1.11 | 27.79 |
| 13.00 |  | 5.00 | PCK | SCOTT SINGLE PLY TOILET PAPER | 7.04 | 35.21 |
| 14.00 |  | 12.00 | CAN | SCRUBBING BUBLES | 2.23 | 26.81 |
| 15.00 |  | 20.00 | LTR | WAX STRIPPER | 1.70 | 34.09 |
| 16.00 |  | 12.00 | BOT | WINDEX | 1.14 | 13.72 |

**Subtotal** 572.07
**Invoice amount USD** 572.07

**TERMS AND CONDITIONS OF SALE** - All and any quotes, offers, agreements and deliveries of provision, stores and/or any other goods or services of any kind by Garrets International A/S are governed by the General Terms and Conditions of Sales of Garrets International A/S in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the Terms and Conditions applying to any transaction.



Certificate No. 10004675

EXHIBIT 13



| Code | Description | Tax | Disc | Unit | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|
| 1 550162 | ALL PURPOSE CLEANER WITH AMMONIA (TYPE AJAX) 1000ML<br>LIMPIADOR MULTIUSOS CON AMONIACO 1000ML | 0% | 0% | LTR | 15,00 | 0,658 € | 9,87 € |
| 2 174231 | PAPER TOWEL ROLLED 200MMX150MTR<br>ROLLO DE TOALLA PAPEL 200MMX150MTR | 0% | 0% | NRL | 30,00 | 1,820 € | 54,60 € |
| 3 550351 | METAL POLISH LIQUID 250CC<br>METAL POLISH LIQUID 300GRM | 0% | 0% | CA | 12,00 | 3,220 € | 38,64 € |
| 4 174176 | PLASTIC BAG BLACK 900X1150MM (200ltrs) 10"s/pkt<br>BOLSA PLÁSTICO NEGRA 900X1150MM 200LTR - 10EA/PKT | 0% | 0% | PCE | 100,00 | 0,246 € | 24,64 € |
| 5 100555 | DISPOSABLE NITRILE GLOVES - SIZE L (100'S/CS)<br>- | 0% | 0% | PKT | 10,00 | 11,508 € | 115,08 € |
| 6 550601 | PINE SCENT DISINFECTANT SOLUTION 1500ML<br>SOLUCION LIMPIEZA DESINFECTANTE FREGASUELOS ESENCIA DE PINO 1500ML | 0% | 0% | LTR | 12,00 | 0,756 € | 9,07 € |
| 7 550331 | AIR FRESHENER 300ML<br>AIR FRESHENER 300ML | 0% | 0% | CA | 16,00 | 1,022 € | 16,35 € |
| 8 550539 | FLOOR WAX FINISH SELF SHINING JOHNSON JOHN STAR 20LTR<br>FLOOR WAX FINISH SELF SHINING JOHNSON JOHN STAR 18LTR | 0% | 0% | LTR | 20,00 | 4,060 € | 81,20 € |
| 9 100555 | MULTI PURPOSE CLEANER SPRAY 750ML<br>- | 0% | 0% | PCE | 12,00 | 2,044 € | 24,53 € |
| 10 550358 | METAL POLISH 250ML<br>PASTA LIMPIAMETALES 250ML | 0% | 0% | CA | 12,00 | 3,032 € | 36,39 € |
| 11 232905 | RAG COTTON 90% STERILIZED WHITE -25KG<br>TRAPO ALGODÓN 100% ESTERILIZADO BLANCO | 0% | 0% | KGM | 25,00 | 1,047 € | 26,18 € |

El destinatario de estos productos declara que el buque esta afecto a la navegación internacional y que los productos por esta factura adquiridos son destinados al consumo a bordo. / The consgnee of the above products declares that this ship pertains to international maritime navigation and that the products on this invoices are intended only for onboard consumption. / The Owner of this vessel GUARANTEE the Payment and Purchase Order received from Management and/or Agent.

Visto embarque // Cumplido documental
Buque:
Carpeta:
Fecha:

C/San Martin, 62 - Poligono Industrial El Bovalar - 46970 Alaquas (Valencia) - Spain
Tel. +34 96 331 12 10 Fax. +34 96 331 23 46 same@sameshipsuppliers.com www.sameshipsuppliers.com
Le recordamos que sus datos constan en un fichero titularidad de SAME SHIPS SUPPLIERS S.L., con CIF B-46357570, necesario para la gestión contable y fiscal de la empresa. Puede ejercer los derechos de acceso, rectificación, cancelación y opcsición enviando una solicitud por escrito, acompañada de una fotocopia de su DNI a la siguiente dirección: same@sameshipsuppliers.com




**EXHIBIT 13**



| Vessel | | | INVOICE Nº | Date |
|---|---|---|---|---|
| GEYSIR | | | 110423A | 27/11/2016 |

| Agent | Customer |
|---|---|
| PEREZ Y CÍA MÁLAGA | SEASTAR CATERING A/S |

| Delivery Port | |
|---|---|
| MÁLAGA | STIGSBORGVEJ 60 |

| Bultos | Peso Bruto | Peso Neto | DK 9400 | NORRESUNDBY |
|---|---|---|---|---|
| 18 | 242,33 | 220,3 | DENMARK | 19272796 |

| Purchase Order Nr. | Our Ref | Payment Terms | Manifest Nr & Date | Flag |
|---|---|---|---|---|
| SCA-0019505-1 | KB156428 | TRANSFER30 | | EE.UU. |
| Chófer | | | Matrícula | |

| Code | | Description | Tax | Disc | Unit | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 12 | 174242 | TOILET PAPER 2-PLY SOFT -12"s/Pkt. **48rl** PAPEL HIGIENICO 2 CAPAS | 0% | 0% | NRL | 216,00 | 0,154 € | 33,26 € |
| 13 | 100555 | BATHROOM CLEANER 1,5LTR | 0% | 0% | PCE | 12,00 | 2,114 € | 25,37 € |
| 14 | 550502 | FLOOR WAX FAST STRIPPER NEW SUPER ALL-GO 20LTR FLOOR WAX FAST STRIPPER NEW SUPER ALL-GO 18LTR | 0% | 0% | LTR | 20,00 | 1,610 € | 32,20 € |
| 15 | 550313 | CLEANER GLASS AEROSOL 500ML CLEANER GLASS AEROSOL 500ML | 0% | 0% | BO | 12,00 | 1,078 € | 12,94 € |

| GROSS AMOUNT | DISCOUNT % | | TRANSPORT | TAX | | NET VALUE B.T. | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 540,32 € | 0,00 % | 0,00 € | 0,00 € | 540,32 € | 0 % | 0,00 € | 540,32 € | 540,32 € |
| | Total | 0,00 € | TAX | 0 % | | | |

Inscrita en el Registro Mercantil de Valencia, Tomo 1.919, General 1.215, Sección 3ª, Folio 15, Hoja 12.471 - C.I.F. B-46/357570 - NUMERO DE REGISTRO SANITARIO 40.06528/V - 40,056043/BI

BANK DETAILS: BANCO POPULAR ESPAÑOL, S.A.   IBAN: ES74 0075 0088 8106 0096 3235   BIC: POPUESMM

**MV GEYSIR**
Official No. 622178
IMO No. 7710733
2266 GRT

El destinatario de estos productos declara que el buque esta afecto a la navegación internacional y que los productos por esta factura adquiridos son destinados al consumo a bordo. / The consgnee of the above products declares that this ship pertains to international maritime navigation and that the products on this invoices are intended only for onboard consumption. / The Owner of this vessel GUARANTEE the Payment and Purchase Order received from Management and/or Agent.

Visto embarque // Cumplido documental
Buque:
Carpeta:
Fecha:

C/San Martin, 62 - Poligono Industrial El Bovalar - 46970 Alaquas (Valencia) - Spain
Tel. +34 96 331 12 10  Fax. +34 96 331 23 46  same@sameshipsuppliers.com www.sameshipsuppliers.com
Le recordamos que sus datos constan en un fichero titularidad de SAME SHIPS SUPPLIERS S.L., con CIF B-46357570, necesario para la gestión contable y fiscal de la empresa. Puede ejercer los derechos de acceso, rectificación, cancelación y oposición enviando una solicitud por escrito, acompañada de una fotocopia de su DNI a la siguiente dirección: same@sameshipsuppliers.com

  

EXHIBIT 13