# Invoice

**TRANSATLANTIC**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**West Coast Ship Supply**

| | |
|---|---|
| Invoice ID: | sea-0001464 |
| Case ID: | 001368 / sea-0002542 |
| Date: | 24 May 2017 |
| Page: | Page 1 of 3 |
| Our reference: | Chris Luyster |
| Account No.: | 293469 |
| Payment terms: | 30 days net |
| Due date: | 23 Jun 2017 |
| Delivery: | TRANSATLANTIC |
| Delivery date: | 19 May 2017 |

Customer requisition: TA.2017.0126/2
Customer reference: STORE

| Line | ISSA/IMPA | Order quantity | Invoice quantity | Unit | Description | CoO | Unit price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 450583 | 10.00 | 10.00 | CAN | BRAKLEEN AEROSOL 20 OZ CRC | | 10.71 | 107.10 |
| 2.00 | 614037 | 1.00 | 1.00 | PCS | CLAMP STEEL STRUCTURE LIFTING CAPACITY 1 TON | | 109.92 | 109.92 |
| 3.00 | 614038 | 1.00 | 1.00 | PCS | CLAMP STEEL STRUCTURE LIFTING CAPACITY 2 TON | | 147.18 | 147.18 |
| 4.00 | 6104208 650828 | 3.00 | 3.00 | PCS | RULE CONVEX METRIC & INCH STEEL 5 MTR 16' | | 3.26 | 9.78 |
| 5.00 | 591012 | 1.00 | 1.00 | PCS | DRILL ELECTRIC PORTABLE 10MM AC220V 1-PHASE | | 75.45 | 75.45 |
| 6.00 | | 5.00 | 5.00 | NRL | DUCT TAPE SPECIFICATION : PLEASE SOURCE AND ORDER 2" | | 5.27 | 26.35 |
| 7.00 | | 5.00 | 5.00 | BX | GLOVES, NITRILE, SIZE L PLEASE SOURCE AND ORDER. DISPOSABLE GLOVES. BOXES OF 50-100/bx | | 13.97 | 69.85 |
| 8.00 | | 250.00 | 200.00 | PR | GLOVES DISPOSABLE BLACK NITRILE XL Disposable General-Purpose Powder-Free Nitrile Gloves, XL, Blue, 5 mil | | 0.11 | 22.00 |
| 9.00 | 2710702 190132 | 10.00 | 10.00 | PR | GLOVES OIL/ACID RESIST LONG PLASTIC | | 3.59 | 35.90 |
| 11.00 | 812762 | 5.00 | 5.00 | BOT | GLUE THREAD SEALANT 572 LOW STRENGTH 50 ML LOCTITE Loctite 50ml Tube Pipe Thread Sealant, White | | 34.89 | 174.45 |
| 13.00 | 5502501 591031 | 1.00 | 1.00 | PCS | GRINDER ANGLE ELECTRIC AC220V 1-PHASE 100 MM | | 69.32 | 69.32 |
| 14.00 | | 1.00 | 1.00 | BX | HIGH TEMP VALVE PACKING, PILOT VALVE PACK 1200, 5MM X 15M CATALOG NAME: ISSA SEC | | 15.15 | 15.15 |
| 16.00 | 6503503 614067 | 10.00 | 10.00 | PCS | HOSE BAND STAINLESS STEEL 13 - 20 MM | | 0.24 | 2.40 |
| 17.00 | 6503506 614069 | 10.00 | 10.00 | PCS | HOSE BAND STAINLESS STEEL 22 - 32 MM | | 0.29 | 2.90 |
| 18.00 | 6503501 614065 | 10.00 | 10.00 | PCS | HOSE BAND STAINLESS STEEL 8 - 14 MM | | 0.23 | 2.30 |
| 19.00 | | 2.00 | 2.00 | PCS | NYLON SLING, BELT TYPE, 25MM X .5M CATALOG NAME: ISSA SECOND EDITION CATALOG NO | | 16.95 | 33.90 |
| 20.00 | | 2.00 | 2.00 | PCS | NYLON SLING, BELT TYPE, 25MM X 1M CATALOG NAME: ISSA SECOND EDITION CATALOG NO : | | 16.95 | 33.90 |

**EXHIBIT 55**

TRANSATLANTIC

**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

| | |
|---|---|
| Invoice ID: | sea-0001464 |
| Date: | 24 May 2017 |
| Page: | Page 2 of 3 |
| Due date: | 23 Jun 2017 |

Customer requisition: TA.2017.0126/2
Customer reference: STORE

| Line | ISSA/IMPA | Order quantity | Invoice quantity Unit | Description | CoO | Unit price | Amount |
|---|---|---|---|---|---|---|---|
| 21.00 | | 2.00 | 2.00 PCS | NYLON SLING, BELT TYPE, 50MM X 1 M CATALOG NAME: ISSA SECOND EDITION CATALOG NO | | 26.83 | 53.66 |
| 22.00 | | 2.00 | 2.00 PCS | NYLON SLING, BELT TYPE, 75MM X 1.5M CATALOG NAME: ISSA SECOND EDITION CATALOG NO | | 37.45 | 74.90 |
| 23.00 | | 2.00 | 2.00 PCS | SCUPPER PLUG CATALOG NAME: ISSA CATALOG NO : 238422 ISSA NO : 238422 85mm | | 69.30 | 138.60 |
| 24.00 | 232482 | 4.00 | 4.00 PCS | SCUPPER PLUG PLUG DIAM 52 MM | | 36.35 | 145.40 |
| 25.00 | 4309303 230253 | 5.00 | 5.00 PCS | SHACKLE BOW EYE BOLT GALVANIZED JIS-BC SWL 0.6 TON 10 MM | | 4.47 | 22.35 |
| 26.00 | 230257 | 5.00 | 5.00 PCS | SHACKLE BOW EYE BOLT GALVANIZED JIS BOW SWL 4-3/4 TON 3/4" | | 12.11 | 60.55 |
| 27.00 | 230256 | 5.00 | 5.00 PCS | SHACKLE BOW EYE BOLT UNGALVANIZED JIS-BC SWL 1.5 TON 16 MM | | 9.78 | 48.90 |
| 28.00 | 230258 | 2.00 | 2.00 PCS | SHACKLE BOW EYE BOLT UNGALVANIZED JIS-BC SWL 2.5 TON 20 MM | | 12.11 | 24.22 |
| 29.00 | 4309304 230254 | 5.00 | 5.00 PCS | SHACKLE BOW EYE BOLT UNGALVANIZED JIS-BC SWL 0.9 TON 12 MM | | 6.05 | 30.25 |
| 30.00 | | 5.00 | 5.00 CA | SOFTSEAL, 16OZ CATALOG NAME: ISSA SECOND EDITION CATALOG NO : 45-05-85 ISSA NO : Corrosion Inhibitor, 11 oz. Container Size, 11 oz. | | 13.00 | 65.00 |
| 31.00 | 7345214 450702 | 10.00 | 10.00 CAN | LUBRICANT SPRAY 360 ML WD-40 | | 7.22 | 72.20 |
| 32.00 | 3100610 232902 | 100.00 | 100.00 KG | WASTE STERILIZED COLOR COTTON QTY 5 BAGS = 220.46 LBS | | 1.68 | 168.00 |
| 34.00 | 7523024 810703 | 1.00 | 1.00 PCK | PACKING WATER LIGHTHOUSE NO 67 6.5 MM X 15 MTR | | 10.10 | 10.10 |
| 35.00 | 7308313 794812 | 5.00 | 5.00 PCS | CABLE GLAND WATERTIGHT F/ ELECTRIC APPLIANCE 15 MM | | 1.49 | 7.45 |
| 36.00 | 7308315 794813 | 5.00 | 5.00 PCS | CABLE GLAND WATERTIGHT F/ ELECTRIC APPLIANCE 20 MM | | 2.57 | 12.85 |
| 38.00 | 7308317 794815 | 5.00 | 5.00 PCS | CABLE GLAND WATERTIGHT F/ ELECTRIC APPLIANCE 30 MM | | 4.19 | 20.95 |
| 40.00 | 7308318 794816 | 5.00 | 2.00 PCS | CABLE GLAND WATERTIGHT F/ ELECTRIC APPLIANCE 35 MM | | 18.54 | 37.08 |
| 41.00 | 7308312 794811 | 5.00 | 5.00 PCS | CABLE GLAND WATERTIGHT F/ ELECTRIC APPLIANCE 10 MM | | 1.12 | 5.60 |
| 42.00 | 7345214 450702 | 3.00 | 3.00 CAN | LUBRICANT SPRAY 360 ML WD-40 | | 7.22 | 21.66 |

| | |
|---|---|
| Subtotal | 1,957.57 |
| Invoice amount USD | 1,957.57 |

**EXHIBIT 55**

TRANSATLANTIC

**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

| | |
|---|---|
| Invoice ID: | sea-0001464 |
| Date: | 24 May 2017 |
| Page: | Page 3 of 3 |
| Due date: | 23 Jun 2017 |

Customer requisition: TA.2017.0126/2
Customer reference: STORE

| Line | ISSA/IMPA | Order quantity | Invoice quantity Unit | Description | CoO | Unit price | Amount |
|---|---|---|---|---|---|---|---|

**TRADE SANCTIONS -** By placing an order you warrant that all and any goods supplied will not be utilized in connection with 1) **voyages or actions in violation of any trade sanctions or import/export controls of the USA, EU or UK, or 2) a voyage to or from Iran.**
**TERMS AND CONDITIONS OF SALE-** All and any quotes, offers, agreements and deliveries of provisions, stores, and/or any other goods or services of any kind by Seller are governed by the Sellers General Terms and Conditions of Sale in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the General Terms and Conditions of Sale at http://bit.ly/1Ys7LeN.

West Coast Ship Supply | 6767 E. MARGINAL WAY S SEATTLE, WA 98108 | Phone: 206-716-3001 | Sales@Westcoastship.com
NORDEA BANK: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | SWIFT Code: ▮▮▮▮▮▮▮

**EXHIBIT 55**

# Delivery note

**TRANSATLANTIC**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES


West Coast Ship Supply

| | |
|---|---|
| Delivery note: | SEA-4002591 |
| Case ID: | 001368 |
| Date: | 18 May 2017 |
| Page: | Page 1 of 2 |
| Our reference: | Chris Luyster |
| IMO: | 9148520 |
| Delivery: | Seattle |
| Delivery date: | 19 May 2017 |

Customer requisition: TA.2017.0126/2
Customer reference: STORE

| Line | Our item | ISSA/IMPA | Ordered | Delivered | Unit | Description | CoO |
|---|---|---|---|---|---|---|---|
| 1.00 | 1060631 | 450583 | 10.00 | 10.00 | CAN | BRAKLEEN AEROSOL 20 OZ CRC | |
| 2.00 | 1041481 | 614037 | 1.00 | 1.00 | PCS | CLAMP STEEL STRUCTURE LIFTING CAPACITY 1 TON | |
| 3.00 | 1041482 | 614038 | 1.00 | 1.00 | PCS | CLAMP STEEL STRUCTURE LIFTING CAPACITY 2 TON | |
| 4.00 | 1032713 | 6104208 650828 | 3.00 | 3.00 | PCS | RULE CONVEX METRIC & INCH STEEL 5 MTR 16' | |
| 5.00 | 1033792 | 591012 | 1.00 | 1.00 | PCS | DRILL ELECTRIC PORTABLE 10MM AC220V 1-PHASE | |
| 6.00 | 34799 | | 5.00 | 5.00 | NRL | DUCT TAPE SPECIFICATION : PLEASE SOURCE AND ORDER 2" | |
| 7.00 | 33199 | | 5.00 | 5.00 | BX | GLOVES, NITRILE, SIZE L PLEASE SOURCE AND ORDER. DISPOSABLE GLOVES. BOXES OF 50-100/bx | |
| 8.00 | 1105498 | | 250.00 | 200.00 | PR | GLOVES DISPOSABLE BLACK NITRILE XL Disposable General-Purpose Powder-Free Nitrile Gloves, XL, Blue, 5 mil | |
| 9.00 | 1037501 | 2710702 190132 | 10.00 | 10.00 | PR | GLOVES OIL/ACID RESIST LONG PLASTIC | |
| 11.00 | 1041832 | 812762 | 5.00 | 5.00 | BOT | GLUE THREAD SEALANT 572 LOW STRENGTH 50 ML LOCTITE Loctite 50ml Tube Pipe Thread Sealant, White | |
| 13.00 | 1030322 | 5502501 591031 | 1.00 | 1.00 | PCS | GRINDER ANGLE ELECTRIC AC220V 1-PHASE 100 MM | |
| 14.00 | 38199 | | 1.00 | 1.00 | BX | HIGH TEMP VALVE PACKING, PILOT VALVE PACK 1200, 5MM X 15M CATALOG NAME: ISSA SEC | |
| 16.00 | 1026425 | 6503503 614067 | 10.00 | 10.00 | PCS | HOSE BAND STAINLESS STEEL 13 - 20 MM | |
| 17.00 | 1026427 | 6503506 614069 | 10.00 | 10.00 | PCS | HOSE BAND STAINLESS STEEL 22 - 32 MM | |
| 18.00 | 1026433 | 6503501 614065 | 10.00 | 10.00 | PCS | HOSE BAND STAINLESS STEEL 8 - 14 MM | |
| 19.00 | 32399 | | 2.00 | 2.00 | PCS | NYLON SLING, BELT TYPE, 25MM X .5M CATALOG NAME: ISSA SECOND EDITION CATALOG NO | |
| 20.00 | 32399 | | 2.00 | 2.00 | PCS | NYLON SLING, BELT TYPE, 25MM X 1M CATALOG NAME: ISSA SECOND EDITION CATALOG NO : | |
| 21.00 | 32399 | | 2.00 | 2.00 | PCS | NYLON SLING, BELT TYPE, 50MM X 1 M CATALOG NAME: ISSA SECOND EDITION CATALOG NO | |
| 22.00 | 32399 | | 2.00 | 2.00 | PCS | NYLON SLING, BELT TYPE, 75MM X 1.5M CATALOG NAME: ISSA SECOND EDITION CATALOG NO | |

*[Stamp:]* M/V TRANSATLANTIC
New York, N.Y.
Official No. 1164643
GRT 4276

*[Signature]*

West Coast Ship Supply | 5607 E. MARGINAL WAY S SEATTLE, WA 98108 | Phone: 206-716-3001 | Sales@Westcoastship.com
NORDEA BANK: ▮▮▮▮▮ | SWIFT Code: ▮▮▮▮▮

EXHIBIT 55

| Customer: | TRANSATLANTIC | Delivery note: | SEA-4002591 |
|---|---|---|---|
| | and/or Agents and/or Owners and/or Operators and/or Managers and/or | Date: | 18 May 2017 |
| Customer requisition: | TA.2017.0126/2 | Page: | Page 2 of 2 |
| Customer reference: | STORE | Sales order: | sea-0002542 |

| Line | Our item | ISSA/IMPA | Ordered | Delivered | Unit | Description | CoO |
|---|---|---|---|---|---|---|---|
| 23.00 | 32399 | | 2.00 | 2.00 | PCS | SCUPPER PLUG CATALOG NAME: ISSA CATALOG NO : 238422 ISSA NO : 238422 85mm | |
| 24.00 | 1027823 | 232482 | 4.00 | 4.00 | PCS | SCUPPER PLUG PLUG DIAM 52 MM | |
| 25.00 | 1034092 | 4309303 230253 | 5.00 | 5.00 | PCS | SHACKLE BOW EYE BOLT GALVANIZED JIS-BC SWL 0.6 TON 10 MM | |
| 26.00 | 1043680 | 230257 | 5.00 | 5.00 | PCS | SHACKLE BOW EYE BOLT GALVANIZED JIS BOW SWL 4-3/4 TON 3/4" | |
| 27.00 | 1034104 | 230256 | 5.00 | 5.00 | PCS | SHACKLE BOW EYE BOLT UNGALVANIZED JIS-BC SWL 1.5 TON 16 MM | |
| 28.00 | 1043681 | 230258 | 2.00 | 2.00 | PCS | SHACKLE BOW EYE BOLT UNGALVANIZED JIS-BC SWL 2.5 TON 20 MM | |
| 29.00 | 1034102 | 4309304 230254 | 5.00 | 5.00 | PCS | SHACKLE BOW EYE BOLT UNGALVANIZED JIS-BC SWL 0.9 TON 12 MM | |
| 30.00 | 34599 | | 5.00 | 5.00 | CA | SOFTSEAL, 16OZ CATALOG NAME: ISSA SECOND EDITION CATALOG NO : 45-05-85 ISSA NO : Corrosion Inhibitor, 11 oz. Container Size, 11 oz. | |
| 31.00 | 1040722 | 7345214 450702 | 10.00 | 10.00 | CAN | LUBRICANT SPRAY 360 ML WD-40 | |
| 32.00 | 1041003 | 3100610 232902 | 100.00 | 100.00 | KG | WASTE STERILIZED COLOR COTTON QTY 5 BAGS = 220.46 LBS | |
| 34.00 | 1036275 | 7523024 810703 | 1.00 | 1.00 | PCK | PACKING WATER LIGHTHOUSE NO 67 6.5 MM X 15 MTR | |
| 35.00 | 1042709 | 7308313 794812 | 5.00 | 5.00 | PCS | CABLE GLAND WATERTIGHT F/ ELECTRIC APPLIANCE 15 MM | |
| 36.00 | 1042710 | 7308315 794813 | 5.00 | 5.00 | PCS | CABLE GLAND WATERTIGHT F/ ELECTRIC APPLIANCE 20 MM | |
| 38.00 | 1042712 | 7308317 794815 | 5.00 | 5.00 | PCS | CABLE GLAND WATERTIGHT F/ ELECTRIC APPLIANCE | |
| 40.00 | 1042713 | 7308318 794816 | 5.00 | 2.00 | PCS | CABLE GLAND WATERTIGHT F/ ELECTRIC APPLIANCE 35 MM | |
| 41.00 | 1042708 | 7308312 794811 | 5.00 | 5.00 | PCS | CABLE GLAND WATERTIGHT F/ ELECTRIC APPLIANCE | |
| 42.00 | 1040722 | 7345214 450702 | 3.00 | 3.00 | CAN | LUBRICANT SPRAY 360 ML WD-40 | |

M/V TRANSATLANTIC
New York N.Y.
Official No. 1164643
GRT 4276

**TRADE SANCTIONS** - By placing an order you warrant that all and any goods supplied will not be utilized in connection with 1) voyages or actions in violation of any trade sanctions or import/export controls of the USA, EU or UK, or 2) a voyage to or from Iran.
**TERMS AND CONDITIONS OF SALE**- All and any quotes, offers, agreements and deliveries of provisions, stores, and/or any other goods or services of any kind by Seller are governed by the Sellers General Terms and Conditions of Sale in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the General Terms and Conditions of Sale at http://bit.ly/1Ys7LeN.

West Coast Ship Supply | 6767 E. MARGINAL WAY S SEATTLE, WA 98108 | Phone: 206-716-3001 | Sales@Westcoastship.com
NORDEA BANK: ▅▅▅▅▅▅▅▅▅▅ | SWIFT Code: ▅▅▅▅

EXHIBIT 55

# Invoice

**TRANSATLANTIC**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**West Coast Ship Supply**

| | |
|---|---|
| Invoice ID: | sea-0001465 |
| Case ID: | 001368 / sea-0002561 |
| Date: | 24 May 2017 |
| Page: | Page 1 of 1 |
| Our reference: | Chris Luyster |
| Account No.: | 293469 |
| Payment terms: | 30 days net |
| Due date: | 23 Jun 2017 |
| Delivery: | TRANSATLANTIC |
| Delivery date: | 19 May 2017 |

Customer requisition: TA.2017.0144
Customer reference: SAFETY

| Line | ISSA/IMPA | Order quantity | Invoice quantity | Unit | Description | CoO | Unit price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 330704 | 3.00 | 3.00 | ROL | FIRE HOSE RUBBER LINED TETORON 9 KGF/CM2 WHITE 40 MM X 20 MTR 40x30mtr | | 80.70 | 242.10 |
| 2.00 | 4711405 330706 | 1.00 | 1.00 | ROL | FIRE HOSE RUBBER LINED TETORON 9 KGF/CM2 WHITE 65 MM X 20 MTR | | 58.87 | 58.87 |
| 3.00 | | 24.00 | 24.00 | PCS | 732 MULTI-PURPOSE SEALANT | | 5.89 | 141.36 |
| 4.00 | | 1.00 | 1.00 | PCS | EEBD EMERGENCY ESCAPE BREATHING DEVICE | | 520.42 | 520.42 |
| 5.00 | 330848 | 12.00 | 12.00 | PCS | PACKING F/ HOSE COUPLING RUBBER 1-1/2" | | 0.44 | 5.28 |
| 6.00 | 330850 | 12.00 | 12.00 | PCS | PACKING F/ HOSE COUPLING RUBBER 2-1/2" | | 0.86 | 10.32 |
| 9.00 | | 1.00 | 1.00 | PCS | VARI NOZZLE FOR 1.5" FIRE HOSE CARRAND 90051 FIRE HOSE NOZZLE | | 40.74 | 40.74 |
| 10.00 | | 2.00 | 2.00 | PCS | WORKSMART GEAR BAG PERSONAL GEAR BAG TURNOUT GEAR, EQUIPMENT AND PERSONAL ITEMS Ergodyne Arsenal 5005P Large Firefighter Rescue Turnout Fire Gear Bag w/ Shoulder Strap & Helmet Pocket | | 72.12 | 144.24 |

| | |
|---|---|
| Subtotal | 1,163.33 |
| Invoice amount USD | 1,163.33 |

**TRADE SANCTIONS** - By placing an order you warrant that all and any goods supplied will not be utilized in connection with 1) voyages or actions in violation of any trade sanctions or import/export controls of the USA, EU or UK, or 2) a voyage to or from Iran.
**TERMS AND CONDITIONS OF SALE**- All and any quotes, offers, agreements and deliveries of provisions, stores, and/or any other goods or services of any kind by Seller are governed by the Sellers General Terms and Conditions of Sale in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the General Terms and Conditions of Sale at http://bit.ly/1Ys7LeN.

West Coast Ship Supply | 6767 E. MARGINAL WAY S SEATTLE, WA 98108 | Phone: 206-716-3001 | Sales@Westcoastship.com
NORDEA BANK: ▮ | SWIFT Code: ▮

**EXHIBIT 56**

# Delivery note

**TRANSATLANTIC**
and/or Agents and/or Owners and/or Operators and/or Managers and/or
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**West Coast Ship Supply**

| | |
|---|---|
| Delivery note: | SEA-4002588 |
| Case ID: | 001368 |
| Date: | 18 May 2017 |
| Page: | Page 1 of 1 |
| Our reference: | Chris Luyster |
| IMO: | 9148520 |
| Delivery: | Seattle |
| Delivery date: | 19 May 2017 |

Customer requisition: TA.2017.0144
Customer reference: SAFETY

| Line | Our item | ISSA/IMPA | Ordered | Delivered | Unit | Description | CoO |
|---|---|---|---|---|---|---|---|
| 1.00 | 1037710 | 330704 | 3.00 | 3.00 | ROL | FIRE HOSE RUBBER LINED TETORON 9 KGF/CM2 WHITE 40 MM X 20 MTR<br>40x30mtr | |
| 2.00 | 1037700 | 4711405<br>330706 | 1.00 | 1.00 | ROL | FIRE HOSE RUBBER LINED TETORON 9 KGF/CM2 WHITE 65 MM X 20 MTR | |
| 3.00 | 38199 | | 24.00 | 24.00 | PCS | 732 MULTI-PURPOSE SEALANT | |
| 4.00 | 33399 | | 1.00 | 1.00 | PCS | EEBD EMERGENCY ESCAPE BREATHING DEVICE | |
| 5.00 | 1032798 | 330848 | 12.00 | 12.00 | PCS | PACKING F/ HOSE COUPLING RUBBER 1-1/2" | |
| 6.00 | 1032800 | 330850 | 12.00 | 12.00 | PCS | PACKING F/ HOSE COUPLING RUBBER 2-1/2" | |
| 9.00 | 33399 | | 1.00 | 1.00 | PCS | VARI NOZZLE FOR 1.5" FIRE HOSE<br>CARRAND 90051 FIRE HOSE NOZZLE | |
| 10.00 | 33399 | | 2.00 | 2.00 | PCS | WORKSMART GEAR BAG PERSONAL GEAR BAG TURNOUT GEAR, EQUIPMENT AND PERSONAL ITEMS<br>Ergodyne Arsenal 5005P Large Firefighter Rescue Turnout Fire Gear Bag w/ Shoulder Strap & Helmet Pocket | |

M/V TRANSATLANTIC
New York, N.Y.
Official No. 1164643
GRT 4276

**TRADE SANCTIONS** - By placing an order you warrant that all and any goods supplied will not be utilized in connection with 1) voyages or actions in violation of any trade sanctions or import/export controls of the USA, EU or UK, or 2) a voyage to or from Iran.
**TERMS AND CONDITIONS OF SALE-** All and any quotes, offers, agreements and deliveries of provisions, stores, and/or any other goods or services of any kind by Seller are governed by the Sellers General Terms and Conditions of Sale in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the General Terms and Conditions of Sale at http://bit.ly/1Ys7LeN.

**EXHIBIT 56**

# Invoice

**TRANSATLANTIC**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**West Coast Ship Supply**

| | |
|---|---|
| Invoice ID: | sea-0001466 |
| Case ID: | 001368 / sea-0002563 |
| Date: | 24 May 2017 |
| Page: | Page 1 of 1 |
| Our reference: | Chris Luyster |
| Account No.: | 293469 |
| Payment terms: | 30 days net |
| Due date: | 23 Jun 2017 |
| Delivery: | TRANSATLANTIC |
| Delivery date: | 19 May 2017 |

**Customer requisition:** Sodium Hypochlorite
**Customer reference:** Sodium Hypochlorite

| Line | ISSA/IMPA | Order quantity | Invoice quantity Unit | Description | CoO | Unit price | Amount |
|---|---|---|---|---|---|---|---|
| 1.00 | | 4.00 | 4.00 PL | SODIUM HYPOCHLORITE | | 112.99 | 451.96 |
| | | | | Subtotal | | | 451.96 |
| | | | | Invoice amount USD | | | 451.96 |

**TRADE SANCTIONS -** By placing an order you warrant that all and any goods supplied will not be utilized in connection with 1) voyages or actions in violation of any trade sanctions or import/export controls of the USA, EU or UK, or 2) a voyage to or from Iran.
**TERMS AND CONDITIONS OF SALE-** All and any quotes, offers, agreements and deliveries of provisions, stores, and/or any other goods or services of any kind by Seller are governed by the Sellers General Terms and Conditions of Sale in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the General Terms and Conditions of Sale at http://bit.ly/1Ys7LeN.

West Coast Ship Supply | 6767 E. MARGINAL WAY S SEATTLE, WA 98108 | Phone: 206-716-3001 | Sales@Westcoastship.com
NORDEA BANK: ▓▓▓▓▓ | SWIFT Code: ▓▓▓▓▓


EXHIBIT 57

# Delivery note

**TRANSATLANTIC**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**West Coast Ship Supply**

| | |
|---|---|
| Delivery note: | SEA-4002592 |
| Case ID: | 001368 |
| Date: | 18 May 2017 |
| Page: | Page 1 of 1 |
| Our reference: | Chris Luyster |
| IMO: | 9148520 |
| Delivery: | Seattle |
| Delivery date: | 19 May 2017 |

**Customer requisition:** Sodium Hypochlorite
**Customer reference:** Sodium Hypochlorite

| Line | Our item | ISSA/IMPA | Ordered | Delivered | Unit | Description | CoO |
|---|---|---|---|---|---|---|---|
| 1.00 | 33399 | | 4.00 | 4.00 | PL | SODIUM HYPOCHLORITE | |

M/V TRANSATLANTIC
New York, N.Y.
Official No. 1164643
GRT 4276

*[signature]*

**TRADE SANCTIONS** - By placing an order you warrant that all and any goods supplied will not be utilized in connection with 1) voyages or actions in violation of any trade sanctions or import/export controls of the USA, EU or UK, or 2) a voyage to or from Iran.
**TERMS AND CONDITIONS OF SALE-** All and any quotes, offers, agreements and deliveries of provisions, stores, and/or any other goods or services of any kind by Seller are governed by the Sellers General Terms and Conditions of Sale in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the General Terms and Conditions of Sale at http://bit.ly/1Ys7LeN.

West Coast Ship Supply | 6767 E. MARGINAL WAY S SEATTLE, WA 98108 | Phone: 206-716-3001 | Sales@Westcoastship.com
NORDEA BANK: ▮▮▮ | SWIFT Code: ▮▮▮

EXHIBIT 57

# Invoice

**TRANSATLANTIC**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*

**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

West Coast Ship Supply

| | |
|---|---|
| Invoice ID: | sea-0001473 |
| Case ID: | 001298 / sea-0002489 |
| Date: | 24 May 2017 |
| Page: | Page 1 of 1 |
| Our reference: | Chris Luyster |
| Account No.: | 293469 |
| Payment terms: | 30 days net |
| Due date: | 23 Jun 2017 |
| Delivery: | TRANSATLANTIC |
| Delivery date: | 19 May 2017 |

**Customer requisition:** TA.2017.0146
**Customer reference:** STORES

| Line | ISSA/IMPA | Order quantity | Invoice quantity Unit | Description | CoO | Unit price | Amount |
|---|---|---|---|---|---|---|---|
| 1.00 | | 1.00 | 1.00 SET | BARBEQUE GRILL MAKER : WEBBER OR SIMILIAR SPECIFICATION : WITH LEGS, CHARCOAL TY<br>Weber 10020 Smokey Joe 14-Inch Portable Grill | | 57.60 | 57.60 |
| 2.00 | | 1.00 | 1.00 SET | MICROWAVE OVEN MAKER : SHARP SPECIFICATION : COUNTER TOP MICRWAVE MICROWAVE OVEN<br>Sharp Countertop Microwave Oven ZR451ZS 1.3 cu. ft. 1000W Stainless Steel with Sensor Cooking | | 175.50 | 175.50 |
| | | | | Subtotal | | | 233.10 |
| | | | | Invoice amount USD | | | 233.10 |

**TRADE SANCTIONS -** By placing an order you warrant that all and any goods supplied will not be utilized in connection with 1) voyages or actions in violation of any trade sanctions or import/export controls of the USA, EU or UK, or 2) a voyage to or from Iran.
**TERMS AND CONDITIONS OF SALE-** All and any quotes, offers, agreements and deliveries of provisions, stores, and/or any other goods or services of any kind by Seller are governed by the Sellers General Terms and Conditions of Sale in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the General Terms and Conditions of Sale at http://bit.ly/1Ys7LeN.

West Coast Ship Supply | 6767 E. MARGINAL WAY S SEATTLE, WA 98108 | Phone: 206-716-3001 | Sales@Westcoastship.com
NORDEA BANK: ▇▇▇ | SWIFT Code: ▇▇▇

**EXHIBIT 58**

# Delivery note

**TRANSATLANTIC**
and/or Agents and/or Owners and/or Operators and/or Managers and/or
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**West Coast Ship Supply**

| | |
|---|---|
| Delivery note: | SEA-4002595 |
| Case ID: | 001298 |
| Date: | 18 May 2017 |
| Page: | Page 1 of 1 |
| Our reference: | Chris Luyster |
| IMO: | 9148520 |
| Delivery: | Seattle |
| Delivery date: | 19 May 2017 |

Customer requisition: TA.2017.0146
Customer reference: STORES

| Line | Our item | ISSA/IMPA | Ordered | Delivered | Unit | Description | CoO |
|---|---|---|---|---|---|---|---|
| 1.00 | 31799 | | 1.00 | 1.00 | SET | BARBEQUE GRILL MAKER : WEBBER OR SIMILIAR SPECIFICATION : WITH LEGS, CHARCOAL TY Weber 10020 Smokey Joe 14-Inch Portable Grill | |
| 2.00 | 31799 | | 1.00 | 1.00 | SET | MICROWAVE OVEN MAKER : SHARP SPECIFICATION : COUNTER TOP MICRWAVE MICROWAVE OVEN Sharp Countertop Microwave Oven ZR451ZS 1.3 cu. ft. 1000W Stainless Steel with Sensor Cooking | |

M/V TRANSATLANTIC
New York, N.Y.
Official No. 1164643
GRT 4276

TRADE SANCTIONS - By placing an order you warrant that all and any goods supplied will not be utilized in connection with 1) voyages or actions in violation of any trade sanctions or import/export controls of the USA, EU or UK, or 2) a voyage to or from Iran.
TERMS AND CONDITIONS OF SALE- All and any quotes, offers, agreements and deliveries of provisions, stores, and/or any other goods or services of any kind by Seller are governed by the Sellers General Terms and Conditions of Sale in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the General Terms and Conditions of Sale at http://bit.ly/1Ys7LeN.

West Coast Ship Supply | 6767 E. MARGINAL WAY S SEATTLE, WA 98108 | Phone: 206-716-3001 | Sales@Westcoastship.com
NORDEA BANK: ▮ | SWIFT Code: ▮


EXHIBIT 58

# Invoice

**TRANSATLANTIC**
and/or Agents and/or Owners and/or Operators and/or Managers and/or

**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**West Coast Ship Supply**

| | |
|---|---|
| Invoice ID: | sea-0001474 |
| Case ID: | 001298 / sea-0002582 |
| Date: | 24 May 2017 |
| Page: | Page 1 of 1 |
| Our reference: | Chris Luyster |
| Account No.: | 293469 |
| Payment terms: | 30 days net |
| Due date: | 23 Jun 2017 |
| Delivery: | TRANSATLANTIC |
| Delivery date: | 19 May 2017 |

Customer requisition: TA.2017.0141
Customer reference: STORES

| Line | ISSA/IMPA | Order quantity | Invoice quantity | Unit | Description | CoO | Unit price | Amount |
|---|---|---|---|---|---|---|---|---|
| 3.00 | 5305025 450566 | 2.00 | 2.00 | CAN | ANTI-SEIZE COMPOUND 500 GR COPASLIP | | 34.50 | 69.00 |
| 9.00 | 2900325 510801 | 12.00 | 12.00 | PCS | BROOM CORN LONG HANDLED | | 4.29 | 51.48 |
| 11.00 | 470701 | 12.00 | 12.00 | BOX | CHALK SCHOOL WHITE 12 PCS | | 1.89 | 22.68 |
| 17.00 | 331156 | 36.00 | 36.00 | PCS | EAR PLUG F/ HI-LOW PITCH NOISE | | 0.35 | 12.60 |
| 39.00 | 2910705 510104 | 150.00 | 150.00 | PCS | BRUSH PAINT FLAT WIDTH 65 MM | | 1.78 | 267.00 |
| 40.00 | 2910704 510103 | 150.00 | 150.00 | PCS | BRUSH PAINT FLAT WIDTH 50 MM | | 1.99 | 298.50 |
| 41.00 | 510461 | 8.00 | 8.00 | PCS | BRUSH PAINT ROLLER MINI W/ HANDLE WIDTH 100 MM | | 1.33 | 10.64 |
| 51.00 | 174176 | 6.00 | 6.00 | ROL | GARBAGE BAG BLACK PLASTIC 500 X 400 X 1300 MM | | 9.99 | 59.94 |

| | |
|---|---|
| Subtotal | 791.84 |
| Invoice amount USD | 791.84 |

**TRADE SANCTIONS** - By placing an order you warrant that all and any goods supplied will not be utilized in connection with 1) voyages or actions in violation of any trade sanctions or import/export controls of the USA, EU or UK, or 2) a voyage to or from Iran.
**TERMS AND CONDITIONS OF SALE** - All and any quotes, offers, agreements and deliveries of provisions, stores, and/or any other goods or services of any kind by Seller are governed by the Sellers General Terms and Conditions of Sale in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the General Terms and Conditions of Sale at http://bit.ly/1Ys7LeN.

West Coast Ship Supply | 6767 E. MARGINAL WAY S SEATTLE, WA 98108 | Phone: 206-716-3001 | Sales@Westcoastship.com
NORDEA BANK: ▮▮▮▮▮▮▮▮▮ | SWIFT Code: ▮▮▮▮▮▮


EXHIBIT 59

# Delivery note

**TRANSATLANTIC**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**West Coast Ship Supply**

| | |
|---|---|
| Delivery note: | SEA-4002596 |
| Case ID: | 001298 |
| Date: | 18 May 2017 |
| Page: | Page 1 of 1 |
| Our reference: | Chris Luyster |
| IMO: | 9148520 |
| Delivery: | Seattle |
| Delivery date: | 19 May 2017 |

Customer requisition: TA.2017.0141
Customer reference: STORES

| Line | Our item | ISSA/IMPA | Ordered | Delivered | Unit | Description | CoO |
|---|---|---|---|---|---|---|---|
| 3.00 | 1032646 | 5305025 450566 | 2.00 | 2.00 | CAN | ANTI-SEIZE COMPOUND 500 GR COPASLIP | |
| 9.00 | 1036345 | 2900325 510801 | 12.00 | 12.00 | PCS | BROOM CORN LONG HANDLED | |
| 11.00 | 1087512 | 470701 | 12.00 | 12.00 | BOX | CHALK SCHOOL WHITE 12 PCS | |
| 17.00 | 1065315 | 331156 | 36.00 | 36.00 | PCS | EAR PLUG F/ HI-LOW PITCH NOISE | |
| 39.00 | 1037806 | 2910705 510104 | 150.00 | 150.00 | PCS | BRUSH PAINT FLAT WIDTH 65 MM | |
| 40.00 | 1037805 | 2910704 510103 | 150.00 | 150.00 | PCS | BRUSH PAINT FLAT WIDTH 50 MM | |
| 41.00 | 1072876 | 510461 | 8.00 | 8.00 | PCS | BRUSH PAINT ROLLER MINI W/ HANDLE WIDTH 100 MM | |
| 51.00 | 1050005 | 174176 | 6.00 | 6.00 | ROL | GARBAGE BAG BLACK PLASTIC 500 X 400 X 1300 MM | |

**M/V TRANSATLANTIC**
**New York, N.Y.**
**Official No. 1164643**
**GRT 4276**

*[signature]*

**TRADE SANCTIONS** - By placing an order you warrant that all and any goods supplied will not be utilized in connection with 1) voyages or actions in violation of any trade sanctions or import/export controls of the USA, EU or UK, or 2) a voyage to or from Iran.
**TERMS AND CONDITIONS OF SALE** - All and any quotes, offers, agreements and deliveries of provisions, stores, and/or any other goods or services of any kind by Seller are governed by the Sellers General Terms and Conditions of Sale in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the General Terms and Conditions of Sale at http://bit.ly/1Ys7LeN.

West Coast Ship Supply | 6767 E. MARGINAL WAY S SEATTLE, WA 98108 | Phone: 206-716-3001 | Sales@Westcoastship.com
NORDEA BANK: ▮▮▮▮▮▮▮▮▮▮ | SWIFT Code: ▮▮▮▮

EXHIBIT 59

# Invoice

**TRANSATLANTIC**
and/or Agents and/or Owners and/or Operators and/or Managers and/or
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES



| | |
|---|---|
| Invoice ID: | sea-0001475 |
| Case ID: | 001298 / sea-0002595 |
| Date: | 24 May 2017 |
| Page: | Page 1 of 1 |
| Our reference: | Chris Luyster |
| Account No.: | 293469 |
| Payment terms: | 30 days net |
| Due date: | 23 Jun 2017 |
| Delivery: | TRANSATLANTIC |
| Delivery date: | 19 May 2017 |

Customer requisition: TA.2017.0143
Customer reference: STATIONERY

| Line | ISSA/IMPA | Order quantity | Invoice quantity | Unit | Description | CoO | Unit price | Amount |
|---|---|---|---|---|---|---|---|---|
| 3.00 | | 6.00 | 3.00 | EA | FURUNO ECO SOUNDER F680 PAPER AYPD1520 1 week | | 65.21 | 195.63 |
| 9.00 | | 5.00 | 5.00 | EA | WEATHER FAX PAPER TYPE 0820B AYTP0820 | | 16.21 | 81.05 |
| 10.00 | | 1.00 | 1.00 | EA | WEATHER FAX PAPER DIRECTLY FROM THE MANUAL THE TYPE NO. IS TP 0220B AND CODE NUM AYTP0820B | | 16.21 | 16.21 |

| | |
|---|---|
| Subtotal | 292.89 |
| Invoice amount USD | 292.89 |

**TRADE SANCTIONS -** By placing an order you warrant that all and any goods supplied will not be utilized in connection with 1) voyages or actions in violation of any trade sanctions or import/export controls of the USA, EU or UK, or 2) a voyage to or from Iran.
**TERMS AND CONDITIONS OF SALE-** All and any quotes, offers, agreements and deliveries of provisions, stores, and/or any other goods or services of any kind by Seller are governed by the Sellers General Terms and Conditions of Sale in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the General Terms and Conditions of Sale at http://bit.ly/1Ys7LeN.

West Coast Ship Supply | 6767 E. MARGINAL WAY S SEATTLE, WA 98108 | Phone: 206-716-3001 | Sales@Westcoastship.com
NORDEA BANK: ▓▓▓▓▓▓▓▓▓▓▓ | SWIFT Code: ▓▓▓▓▓▓

**EXHIBIT 60**

# Delivery note

**TRANSATLANTIC**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**West Coast Ship Supply**

| | |
|---|---|
| Delivery note: | SEA-4002597 |
| Case ID: | 001298 |
| Date: | 18 May 2017 |
| Page: | Page 1 of 1 |
| Our reference: | Chris Luyster |
| IMO: | 9148520 |
| Delivery: | Seattle |
| Delivery date: | 19 May 2017 |

Customer requisition: TA.2017.0143
Customer reference: STATIONERY

| Line | Our item | ISSA/IMPA | Ordered | Delivered | Unit | Description | CoO |
|---|---|---|---|---|---|---|---|
| 3.00 | 33799 | | 6.00 | 3.00 | EA | FURUNO ECO SOUNDER F680 PAPER AYPD1520 1 week | |
| 9.00 | 33799 | | 5.00 | 5.00 | EA | WEATHER FAX PAPER TYPE 0820B AYTP0820 | |
| 10.00 | 33799 | | 1.00 | 1.00 | EA | WEATHER FAX PAPER DIRECTLY FROM THE MANUAL THE TYPE NO. IS TP 0220B AND CODE NUM AYTP0820B | |

M/V TRANSATLANTIC
New York, N.Y.
Official No. 1164643
GRT 4276

TRADE SANCTIONS - By placing an order you warrant that all and any goods supplied will not be utilized in connection with 1) voyages or actions in violation of any trade sanctions or import/export controls of the USA, EU or UK, or 2) a voyage to or from Iran.
TERMS AND CONDITIONS OF SALE- All and any quotes, offers, agreements and deliveries of provisions, stores, and/or any other goods or services of any kind by Seller are governed by the Sellers General Terms and Conditions of Sale in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the General Terms and Conditions of Sale at http://bit.ly/1Ys7LeN.

EXHIBIT 60

# Invoice

**TRANSATLANTIC**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**West Coast Ship Supply**

| | |
|---|---|
| Invoice ID: | sea-0001476 |
| Case ID: | 001298 / sea-0002596 |
| Date: | 24 May 2017 |
| Page: | Page 1 of 1 |
| Our reference: | Chris Luyster |
| Account No.: | 293469 |
| Payment terms: | 30 days net |
| Due date: | 23 Jun 2017 |
| Delivery: | TRANSATLANTIC |
| Delivery date: | 19 May 2017 |

Customer requisition: TA-2017-1015
Customer reference: STORES

| Line | ISSA/IMPA | Order quantity | Invoice quantity | Unit | Description | CoO | Unit price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | | 5.00 | 5.00 | PCE | SOFT BLUE RUBBER HOSE SPECIFICATION : 50FT EACH 1 1/2" BLUE SOFT RUBBER HOSE (LI Aluminum Crimp Sleeve 1.87" ID @ 50ft | | 92.43 | 462.15 |
| | | | | | Subtotal | | | 462.15 |
| | | | | | Invoice amount USD | | | 462.15 |

**TRADE SANCTIONS** - By placing an order you warrant that all and any goods supplied will not be utilized in connection with 1) voyages or actions in violation of any trade sanctions or import/export controls of the USA, EU or UK, or 2) a voyage to or from Iran.
**TERMS AND CONDITIONS OF SALE-** All and any quotes, offers, agreements and deliveries of provisions, stores, and/or any other goods or services of any kind by Seller are governed by the Sellers General Terms and Conditions of Sale in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the General Terms and Conditions of Sale at http://bit.ly/1Ys7LeN.

West Coast Ship Supply | 6767 E. MARGINAL WAY S SEATTLE, WA 98108 | Phone: 206-716-3001 | Sales@Westcoastship.com
NORDEA BANK: ▮▮▮▮ | SWIFT Code: ▮▮▮▮

**EXHIBIT 61**

# Delivery note

**TRANSATLANTIC**
*and/or Agents and/or Owners and/or Operators and/or Managers and/or*
**TRANSATLANTIC LINES LLC**
6 LINCOLN AVENUE
GREENWICH CT-06830
CT UNITED STATES

**West Coast Ship Supply**

| | |
|---|---|
| Delivery note: | SEA-4002598 |
| Case ID: | 001298 |
| Date: | 18 May 2017 |
| Page: | Page 1 of 1 |
| Our reference: | Chris Luyster |
| IMO: | 9148520 |
| Delivery: | Seattle |
| Delivery date: | 19 May 2017 |

**Customer requisition:** TA-2017-1015
**Customer reference:** STORES

| Line | Our item | ISSA/IMPA | Ordered | Delivered | Unit | Description | CoO |
|---|---|---|---|---|---|---|---|
| 1.00 | 33599 | | 5.00 | 5.00 | PCE | SOFT BLUE RUBBER HOSE SPECIFICATION : 50FT EACH 1 1/2" BLUE SOFT RUBBER HOSE (LI Aluminum Crimp Sleeve 1.87" ID @ 50ft | |

M/V TRANSATLANTIC
New York, N.Y.
Official No. 1164643
GRT 4276

---

**TRADE SANCTIONS** - By placing an order you warrant that all and any goods supplied will not be utilized in connection with 1) voyages or actions in violation of any trade sanctions or import/export controls of the USA, EU or UK, or 2) a voyage to or from Iran.
**TERMS AND CONDITIONS OF SALE**- All and any quotes, offers, agreements and deliveries of provisions, stores, and/or any other goods or services of any kind by Seller are governed by the Sellers General Terms and Conditions of Sale in force at the time of entering the agreement in question. We encourage you to read and familiarize yourself with the General Terms and Conditions of Sale at http://bit.ly/1Ys7LeN.

West Coast Ship Supply | 6767 E. MARGINAL WAY S SEATTLE, WA 98108 | Phone: 206-716-3001 | Sales@Westcoastship.com
NORDEA BANK: ▮▮▮ | SWIFT Code: ▮▮▮


EXHIBIT 61