# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ERKAL ULUSLARARASI
NAKLIYAT VE TIC. A. S. d/b/a
Tuzla Shipyard,

    Plaintiff,

v.     Case No. 3:17-cv-840-J-32JBT

TRANSATLANTIC LINES, LLC, *in personam* and M/V "GEYSIR", a 90 meter cargo ship flagged in USA, IMO #07710733, her engines, equipments, tackle, gear, apparel, etc., *in rem*,

    Defendants.

## O R D E R

This case is before the Court on the Plaintiff's Motion for Final Default Judgment against the Defendant, Transatlantic Lines, LLC, *in personam* (Doc. 162). On August 13, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 172) recommending that the Motion for Default Judgment, (Doc. 162), and the Motion to Dismiss , (Doc. 158), be granted; that judgment be entered in favor of Plaintiff and against Defendant in the total amount of $314,300, with post-judgment interest to accrue at the

statutory rate; that Count I of the Amended Complaint (Doc 15), and Defendant's Counterclaim against Plaintiff, (Doc. 16), be dismissed; and that the Clerk terminate all pending motions and close the file. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 172), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 172) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Final Default Judgment against the Defendant, Transatlantic Lines, LLC, *in personam* (Doc. 162), and Plaintiff's construed motion to dismiss, (Doc. 158) are **GRANTED**.

3. The Clerk shall enter judgment in favor of Plaintiff Erkal Uluslararasi Nakliyat Ve Tic. A. S. d/b/a Tuzla Shipyard, and against Defendant Transatlantic Lines, LLC in the amount of $314,300. Post-judgment interest shall accrue at the statutory rate set forth in 28 U.S.C. § 1961.

4. Count I of the Amended Complaint, (Doc. 15), and Defendant's Counterclaim, (Doc. 16), are **DISMISSED**.

5. The Clerk shall terminate all pending motions and deadlines, and then close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of September, 2018.

/s/ Timothy J. Corrigan
TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record

Gudmundur Kjaernested
Vice President
TransAtlantic Lines, LLC
6 Lincoln Avenue
Greenwich, Connecticut 06830
gudmundur@transatlanticlines.com